IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY,
ADC #760343                                                                                          PLAINTIFF

v.                                          1:14CV000157-JM-JTK

PHILLIP ALLEN, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Canter, Jones, Dixon, Faust, Budnick, Norris, Alen, Dykes, Malott, and Richardson, are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 30th day of January, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE