IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY,
ADC #760343                                                                                          PLAINTIFF

v.                                        1:14CV00157-JM-JTK

PHILLIP ALLEN, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 11) is GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of April, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE